Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Trevor W. Barrett (SBN 287174)
tbarrett@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYAL PRINTEX, INC, <br><br> Plaintiff, <br><br> v. <br><br> TILLY'S, INC., a Delaware Corporation, individually and d/b/a WORLD OF JEANS & TOPS, INC., *et al.*, <br><br> Defendants. | Case No.: CV 15-03406-R (GJSx) <br> <u>Hon. Manuel L. Real Presiding</u> <br><br> **STIPULATION TO DISMISS PARTY WITH PREJUDICE** <br><br> <u>*[[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH]*</u> |

- 1 -

STIPULATION TO DISMISS ACTION

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff on the one hand, and Defendant Tilly's, Inc., individually and d/b/a World Of Jeans & Tops, Inc. (collectively, "Tilly's") on the other, hereby STIPULATE as follows:

1. The causes of action in the Complaint are hereby dismissed with prejudice against defendant Tilly's, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4. The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO STIPULATED.

Dated: January 25, 2016          By:   /s/ Trevor W. Barrett
                                       Scott A. Burroughs, Esq.
                                       Trevor W. Barrett, Esq.
                                       DONIGER / BURROUGHS
                                       Attorneys for Plaintiff

Dated: January 25, 2016          By:   /s/ David M. Stein
                                       David M. Stein
                                       ALSTON & BIRD LLP
                                       Attorneys for Defendants Tilly's, Inc.
                                       and d/b/a World of Jeans & Tops, Inc.

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.