UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  CV-15-3406-R                                              Date: April 15, 2016

Title:    ROYAL PRINTEX INC V. TILLYS INC, et al.
========================================================================
PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

|  Christine Chung  |  None Present  |
|  Courtroom Deputy |  Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None                                     None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS) DISMISSING PLAINTIFF ROYAL PRINTEX, INC.'S MATTER AGAINST DEFENDANT 7TH STREET APPAREL AND SETTING AN ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

   This matter came on for a status conference on February 8, 2016 and April 4, 2016.  At both hearings, counsel for plaintiff stated they were unable to perfect service on Defendant 7th Street Apparel.  On April 4, 2016, the Court ORDERED that service on 7th Street Apparel be perfected on or before April 10, 2016 or that Plaintiff's matters against Defendant 7th Apparel would be dismissed it its entirety.  To date, a proof of service has not been filed.  The Court now ORDERS that all of Plaintiff Royal Printex, Inc.'s claims against Defendant 7th Apparel are hereby DISMISSED in its entirety.

   The Court further ORDERS Cross-Claimant Tillys, Inc. to show cause as to why this matter against 7th Street Apparel should not be dismissed for lack of prosecution on or before April 29, 2016.  The Court will consider the filing of a motion for default judgment on the default entered as to 7th Street Apparel Inc. as an appropriate response to this OSC.  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, no oral argument on this Order to Show Cause will be heard  unless ordered by the Court.  The Order will stand submitted upon the filing of the motion for default judgment.  Failure to respond to the Court's Order will result in the dismissal of the action

   IT IS SO ORDERED.


MINUTES FORM 11                                    Initials of Deputy Clerk ___cch____
CIVIL -- GEN